UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SEAN PHILLIP CHAMP,

    Plaintiff,

v.        Case No: 2:18-cv-215-FtM-38MRM

LEE COUNTY SHERFIFF'S OFFICE,
MIKE SCOTT, LEE COUNTY SHERIFF'S
OFFICE CORRECTIONS BUREAU, FNU
KOLLER, FNU WATSON, FNU JAQUEZ
and FNU GARNER,

    Defendants.
_____/

## ORDER

Plaintiff, a prisoner at the Lee County Jail, initiated this action by filing a civil rights complaint alleging violations of his Eighth Amendment rights (Doc. 1). Plaintiff appears to allege that members of the Lee County Jail staff are retaliating against him for prior complaints and abusing him sexually. *Id.* at 2. Plaintiff urges that he is in imminent danger of serious physical injury or death. *Id.* Because the Court has a high number of cases filed by *pro se* prisoners in which the inmate alleges an imminent risk of physical injury or death, the Court routinely enters orders on an expedited basis (without regard to the legal merits of the case) directing the Clerk of Court to immediately notify the appropriate prison official(s) of such allegations for whatever action may be deemed appropriate in an effort to expedite notice.

Upon due consideration, the Court has determined that such notification is appropriate in the instant case. Accordingly, the Clerk of Court shall immediately transmit, via email and/or facsimile, a copy of the Complaint (Doc. 1) and this Order to the commander of the Lee County Jail. This is merely a notification to appropriate officials and not a ruling on the merits of the

case or the complaint.  The Clerk shall confirm that such notification was received and make an entry on the docket reflecting that such notification was sent to the appropriate officials.

**DONE AND ORDERED** in Fort Myers, Florida on April 2, 2018.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Sean Phillip Champ
SA: FTMP-2